# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. LAWRENCE,<br><br>              Plaintiff,<br><br>      v.<br><br>ADVENTIST HEALTH MEDICAL CENTER TEHACHAPI, et al.,<br><br>              Defendants. | Case No.: 1:21-cv-01808-DAD-BAK (BAM)<br><br>ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR HER PRACTICE IN THIS COURT WITHOUT SEEKING ADMISSION |

This matter was transferred to this court on December 22, 2021.  (Doc. 11).  On December 27, 2021, the Clerk of Court directed Helane Alison Simon to register for admission to the Eastern District of California.  (Doc. 15).  On January 10, 2022, the Clerk of Court noted that Ms. Simon submitted her application for admission to the Eastern District of California but failed to pay the admission payment.  (Doc. 17).  The admission was rejected, and the Clerk of Court directed Ms. Simon to resubmit her admission application.  (Id.)  Ms. Simon has not done so and has not been admitted to practice in the Eastern District of California.  Therefore, the Court **ORDERS:**

**No later than February 7, 2022**, Ms. Helane Alison Simon SHALL show cause in writing why sanctions should not be imposed for her acts in practicing in this court without being admitted

///

///

///

and for failing to comply with the Clerk of Court's directives.  Alternatively, Ms. Simon may seek admission to this court within the same interval.

IT IS SO ORDERED.

Dated: **January 27, 2022**         /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE