**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY D. LAWRENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>ADVENTIST HEALTH MEDICAL CENTER TEHACHAPI, et al.,<br><br>        Defendants. | Case No.: 1:21-cv-01808-DAD-BAK (BAM)<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE TO COUNSEL HELANE ALISON SIMON<br><br>(Doc. 19) |

Previously, the Court ordered Plaintiff's counsel Helane Alison Simon to show cause in writing why sanctions should not be imposed for her failure to seek admission in this Court.  (Doc. 19.)  The Court's records indicate that on February 7, 2022, Ms. Simon was admitted to practice in the Eastern District of California.  Accordingly, the Order to Show Cause dated January 28, 2022 (Doc. 19) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:  __February 14, 2022__          _____/s/ Barbara A. McAuliffe_____
                                                              UNITED STATES MAGISTRATE JUDGE

1