HELANE A. SIMON, ESQ
930 PALO VERDE AVE.
LONG BEACH, CA 90815
5628950770
LAWOFFICEOFHELANEASIMON@YAHOO.COM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TERRY DYLAN LAWRENCE | CASE NUMBER |
|---|---|
| Plaintiff(s), | 1:21-cv-01808-DAD-BAK (BAM) |
| ADVENTIST HEALTH MEDICAL CENTER, TEHACHAPI AND ADVENTIST HEALTH MEDICAL CENTER, BAKERSFIELD AND DOES 1-10 | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

MAY 12, 2022                      /S/HELANE A. SIMON/S/
*Date*                             *Signature of Attorney/Party*

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)       NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)