# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>ADVENTIST HEALTH MEDICAL CENTER TEHACHAPI, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-01808-DAD-BAK (BAM)<br><br>ORDER CLOSING THE CASE<br><br>(Doc. 25) |

The plaintiff filed a notice of dismissal pursuant to Federal Rules of Civil Procedure Rule 41. (Doc. 25). The opposing party has not served either an answer or a motion for summary judgment. The Federal Rules of Civil Procedure Rule 41 makes such notice effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **May 18, 2022**           /s/ Barbara A. McAuliffe            _
                                                                 UNITED STATES MAGISTRATE JUDGE